JOHN D. HIGGINBOTHAM, Bar No. 204179
Assistant City Attorney
CITY OF CORONA
400 S. Vicentia Ave.
Corona, California 92882
Telephone: (951) 279-3506
john.higginbotham@ci.corona.ca.us

Attorneys for Defendant
CITY OF CORONA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF CORONA,<br><br>　　　　Defendant. | Case No.  5:15-cv-00126-RGK-SPx<br><br>[PROPOSED]<br><br>JUDGMENT FOR DEFENDANT CITY OF CORONA<br><br>Hearing<br>Date:　August 17, 2013<br>Time:　9:00 a.m.<br>Room:　850<br>Judge:　Hon. R. Gary Klausner |

## JUDGMENT

The Court, having reviewed the written submissions ~~and oral argument~~ of both parties regarding Defendant City of Corona's motion for summary judgment on Plaintiff Robert Elguezabal's complaint, finds that there is no genuine issue of material fact as to Plaintiff's first claim for relief under the Americans with Disabilities Act or second claim for relief under the Rehabilitation Act, and that the City is entitled to judgment as a matter of law on those claims, for the reasons advanced by the City. The Court further finds that supplemental jurisdiction should be declined as to Plaintiff's third claim for relief under the California Disabled Persons Act, for the reasons advanced by the City. Therefore, the Court GRANTS the City's motion for summary judgment, and enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Robert Elguezabal shall take nothing from Defendant City of Corona on the first and second claims for relief;
2. The third claim for relief is dismissed without prejudice to re-filing in state court; and
3. Defendant City of Corona is the prevailing party and shall recover costs of suit against Plaintiff Elguezabal.

DATED: AUG 1 7 2015

_____
United States District Judge